# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BARBARA A. MITCHELL,

    Plaintiff,

v.                              CASE NO. 5:05cv12-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER OF REMAND

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The Commissioner's decision determining that the claimant is not disabled is REVERSED. The case is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation. The clerk

shall enter judgment accordingly and close the file.

      SO ORDERED this 29th day of September, 2005.

                                          <u>s/Robert L. Hinkle</u>
                                          Chief United States District Judge