# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BARBARA MITCHELL,

    Plaintiff,

v.                                        CASE NO. 5:05cv12-RH/WCS

JO ANNE B. BARNHART,

    Respondent.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This matter is before the court on the magistrate judge's report and recommendation (document 21), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Claimant's application for attorney's fees is GRANTED. The Secretary shall pay to Quinn E. Brock the sum of $1,973.75 as attorney's fees pursuant to the Equal Access to Justice Act.

SO ORDERED this 9th day of January, 2006.

s/Robert L. Hinkle
Chief United States District Judge
